APPEL, Justice.
Eric Querrey was convicted of first-degree murder and sentenced to life in prison without the possibility of parole in 1992. At the time of his conviction, Querrey was fifteen years old. On September 27, 2012, Querrey filed a motion to correct an illegal sentence. After conducting a resentencing hearing, the district court sentenced Quer-rey to life without the possibility of parole until after he had served thirty-five years.
Based upon our decision in State v. Louisell, we determine the district court’s imposition of a sentence of life imprisonment without the possibility of parole until after Querrey has served thirty-five years was without authority. 865 N.W.2d 590, 600-01 (Iowa 2015). Therefore, we vacate the district court’s sentence and remand the case to the district court.
DISTRICT COURT SENTENCE VACATED AND CASE REMANDED.
All justices concur except MANSFIELD, WATERMAN, and ZAGER, JJ., who concur specially.